PROB 12(3/88)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE



U.S.A. vs. Richard Tee Clark                                Docket No. 2:05CR20033

### Petition on Probation and Supervised Release

**COMES NOW** Lorin J. Smith, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Richard Tee Clark, who was placed on supervision by the Honorable Robert Junell, United States District Judge, sitting in the Court at Pecos, Texas* on the 18th day of November, 2003 who fixed the period of supervision at **one (1) year, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall refrain from the use of alcohol and/or all other intoxicants during the term of supervision.
2. The defendant participate in substance abuse treatment and testing as directed by the probation officer.
3. Fine in the amount of $15,000.00. (Balance: $15,000.00)

*Transfer of jurisdiction from the Western District of Texas the Western District of Tennessee accepted February 14, 2005.

**Supervised Release began June 28, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Clark has not completed payment of the court ordered fine. Since his release from prison he has been employed installing fences. His income is minimal and this has inhibited his ability to make fine payments. Mr. Clark has signed a payment agreement where he agreed to pay $100.00 towards the fine amount each month.

**PRAYING THAT THE COURT WILL ORDER** that Mr. Clark's Supervised Release terminate as scheduled on June 27, 2005 with the understanding that the United States Attorney's Office/Financial Litigation Unit will pursue collection of the fine.

### ORDER OF COURT

Considered and ordered this 10th day of June, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-13-05

Respectfully,

_____
Lorin J. Smith
U.S. Probation Officer

Place: Memphis, Tennessee

Date: May 23, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20033 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT